
20230306111527

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS, INTERPLEADER COMPLAINT, EXHIBITS, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT, ATTORNEY APPEARANCE FORM |
|---|---|
| EFFECTED (1) BY ME: | Steve Jenkins |
| TITLE: | PROCESS SERVER |
| | DATE: 3-8-2023  8:45 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

APRIL LAVENTURE

Place where served:

504 SHANNON BRG   DYER IN 46311

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANICE GLUCKERT

Relationship to defendant    MOTHER

Description of Person Accepting Service:

SEX: F  AGE: 70  HEIGHT: 5-7  WEIGHT: 145  SKIN: W  HAIR: GRY  OTHER: with glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____ . _____   SERVICES $ _____ . _____   TOTAL $ _____ . _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 3/8/2023                              _____ L.S.
                                        SIGNATURE OF Steve Jenkins

ATTORNEY: HEATHER D. ERICKSON, ESQ.
PLAINTIFF: COMMITTEE, AS PLAN ADMINISTRATOR OF THE PRUDENTIAL INSURANCE
DEFENDANT: COMPANY OF AMERICA DEFERRED COMPENSATION PLAN AND THE
VENUE: PRUDENTIAL INSURANCE COMPANY OF AMERICA.
DOCKET: APRIL LAVENTURE, ET AL
COMMENT: DISTRICT
1 23 CV 00902