# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Committee, as plan Administrator of the )
Prudential Insurance Company of America )
Deferred Compensation Plan, et. al )
                                          )     Case No. 1:23-cv-00902
                                          )     Honorable Steven C. Seeger
                      Plaintiff,   )
    v.                                    )
                                          )
April Laventure, et. al.           )
                                          )

## PROOF OF SERVICE

To:     April Laventure
           501 Shannon Brige
           Dyer, IN 46311

      The undersigned, being first sworn on oath, deposes and states the attached, **Notification of Docket Entry #11**, was served by placing a copy in an envelope properly addressed, sealed, stamped and placing the envelope into a U.S. mailbox in the City of Chicago on the 5th of May 2023.

      Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

                                   ___/s/ *Stefani Guzman*

Heather D. Erickson – herickson@Sanchezdh.com
SANCHEZ DANIELS & HOFFMAN, LLP
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
312-641-1555