# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COMMITTEE, AS PLAN ADMINSTRATOR OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA DEFERRED COMPENSATION PLAN, ET. AL., ) ) ) ) ) Plaintiff, ) ) v. ) ) APRIL LAVENTURE AND BRIGITTE FAUTEUX, IN HER CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF GEORGE V. LAVENTURE, ) ) ) ) ) ) Defendants. ) | Civil Action No. 1:23-cv-00902<br><br>Hon. Steven C. Seeger |

## CERTIFICATE OF MAILING

I, Dominic G. Erbacci, certify that I caused to be served copies of (1) Fauteux's Rule 55 Motion or Default Judgment Against April LaVenture and (2) Memorandum of Law and Argument in Support of Brigitte Fauteux's Motion for Default, upon April LaVenture at 504 Shannon Bridge, Dyer, Indiana 46311 and 34 S Quincy Street, Hinsdale, Illinois 60521, via First-Class Mail before 5:00 p.m. on May 12, 2023.

*/s/ Dominic G. Erbacci*

Dominic G. Erbacci,
counsel for Brigitte Fauteux

Riccardo A. DiMonte, ARDC# 6191706
Dominic G. Erbacci, ARDC# 6329651
Robbins DiMonte, Ltd.
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600
Firm No. 99688
rdimonte@robbinsdimonte.com
derbacci@robbinsdimonte.com