# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COMMITTEE, AS PLAN ADMINSTRATOR OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA DEFERRED COMPENSATION PLAN, ET. AL., ) ) ) ) ) Plaintiff, ) ) v. ) ) APRIL LAVENTURE AND BRIGITTE FAUTEUX, IN HER CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF GEORGE V. LAVENTURE, ) ) ) ) ) ) Defendants. ) | Civil Action No. 1:23-cv-00902<br><br>Hon. Steven C. Seeger |

## CERTIFICATE OF MAILING

I, Dominic G. Erbacci, certify that I caused to be served a copy of Docket Entry No. 17 upon April LaVenture at 504 Shannon Bridge, Dyer, Indiana 46311 and 34 S Quincy Street, Hinsdale, Illinois 60521, via First-Class Mail and Certified Mail, Return Receipt Requested (Tracking Nos. 7022 2410 0002 1905 2676 and 7022 2410 0002 1905 2690) before 5:00 p.m. on May 15, 2023.

*/s/ Dominic G. Erbacci*
_____
Dominic G. Erbacci,
counsel for Brigitte Fauteux

Riccardo A. DiMonte, ARDC# 6191706
Dominic G. Erbacci, ARDC# 6329651
Robbins DiMonte, Ltd.
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600
Firm No. 99688
rdimonte@robbinsdimonte.com
derbacci@robbinsdimonte.com