# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMITTEE, AS PLAN ADMINISTRATOR OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA DEFERRED COMPENSATION PLAIN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> APRIL LaVENTURE and BRIGITTE FAUTEUX, IN HER CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF GEORGE V. LaVENTURE, <br><br> Defendants <br><br> BRIGITTE FATEUX, <br><br> Cross-Plaintiff <br><br> v. <br><br> APRIL LaVENTURE <br><br> Cross-Defendant | No. 23-cv-902 <br><br> The Hon. Steven C. Seeger, Judge Presiding |

## MOTION TO DISMISS CROSSCLAIM AGAINST APRIL LAVENTURE

Defendant/Cross-Defendant, April Laventure, through her attorneys, Beermann LLP, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to enter an Order dismissing the Cross-Plaintiff, Brigitte Fateaux's Crossclaim against April (Dkt. No. 30) for failure to state claims upon which relief can be granted.

Respectfully Submitted,

By: /s/ *Matthew D. Elster*
One of April LaVenture's Attorneys

**BEERMANN LLP**
161 North Clark Street #3000
Chicago, Illinois 60601
312.621.9700
mdelster@beermannlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2023, a copy of the foregoing ***Motion to Dismiss*** was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

<u>/s/ *Matthew D. Elster*</u>