**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Committee, as plan Administrator of the Prudential Insurance Company of America Deferred Compensation Plan, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> April Laventure, et al., <br><br> Defendant(s). | Case No. 1:23-cv-00902 <br> Judge Steven C. Seeger |

## ORDER

The joint motion for entry of an agreed order and for interpleader disbursement (Dckt. No. [40]) is hereby granted. The motion was signed by counsel for both claimants, meaning April LaVenture and Brigitte Fauteux. The $682,257.31 deposited in the Court's registry will be distributed as follows: $212,308.96 will go to April LaVenture, and $469,948.35 plus all applicable interest will go to Brigitte Fauteux. The parties submitted a draft order in pdf. As stated in this Court's Standing Order, the Court directs the parties to submit the proposed order in Word to the proposed order inbox, proposed_order_seeger@ilnd.uscourts.gov. Order to follow. The case will be dismissed with prejudice upon entry of that Order. The case is closed. Civil case terminated.

Date: 12/11/2023

_____
Steven C. Seeger
U.S. District Judge